IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR9** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOSE GUADALUPE MARTINEZ-TORRES,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Karen M. Shanahan of the Federal Public Defender's Office to withdraw as counsel for the defendant, Jose Guadalupe Martinez-Torres [10]. Since retained counsel, Ernest H. Addison, has entered an appearance for the defendant [9], the motion to withdraw [10] is granted. Ms. Shanahan shall be deemed withdrawn as attorney of record and shall forthwith provide Mr. Addison with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Shanahan which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 13th day of February, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge